IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      Plaintiff,

  vs.                        :  CASE NO.  CR-1-01-013(2)

**MICHAEL DEAN,**

      Defendant.

### SATISFACTION OF CRIMINAL IMPOSITION

The judgment imposition in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record.

                                                  GREGORY G. LOCKHART
                                                  United States Attorney

                                                  s/Deborah F. Sanders
                                                 DEBORAH F. SANDERS  #0043575
                                                 Assistant United States Attorney
                                                 303 Marconi Blvd., Suite 200
                                                 Columbus, Ohio 43215
                                                 (614) 469-5715